# Court of Appeals
# of the State of Georgia

ATLANTA, January 27, 2026

*The Court of Appeals hereby passes the following order:*

**A26A1060. GREER v. MARTIN.**

Dianna Greer filed a notice of appeal from the trial court's order dismissing this action with prejudice. The appeal was docketed in this Court on December 30, 2025, and Greer's brief of appellant was due 20 days later, on January 20, 2026. The deadline has passed, and Greer has not filed a brief or requested an extension of time. Accordingly, Greer's appeal is hereby DISMISSED for failure to file a brief. See Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 01/27/2026

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*